FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2021

No. 04-20-00298-CV

**HOWELL CRANE & RIGGING, INC.,**
Appellant

v.

Robert Lee **WAMMACK**, Jr.,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09279
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file its reply is granted. We order the reply brief due February 22, 2021.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2021.



MICHAEL A. CRUZ, Clerk of Court